No. 731.   LOUISIANA HIGHWAY COMM'N *v.* FARNSWORTH.   April 1, 1935.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit de-

nied. *Messrs. William W. Ogden* and *Rodney P. Woods, Jr.,* for petitioner. No appearance for respondent.